# EXHIBIT B

Mandatory fields are marked with a red indicator.
~

Offer Letter Body

# BOSTON BEER co.
## · E S T D . 1 9 8 4 ·

ONE DESIGN CENTER PLACE, SUITE 850, BOSTON, MA 02210 | 617-368-5000

June 17, 2021

Hailey Boyd
## REDACTED

Dear Hailey,

Congratulations and welcome to The Boston Beer Company! We're excited to have you on board and would like to take this opportunity to outline the terms of our offer to you, as follows:

**Title**: Brewery Representative - West Chicago, reporting to Neil Seguin, District Manager

**Anticipated Start Date:** July 12, 2021

**Base Salary:** $48,000.00, payable annually

**Bonus Potential:** You will be eligible for a bonus target of 15% of base pay. Actual attainment could be higher or lower based on company and individual performance. To be eligible for a bonus payment you must be employed by The Boston Beer Company prior to October 1st of the bonus year, and also on the last business day of the bonus year, typically December 31st, or the last business day of the calendar year.

**Orientation:** You will attend New Hire Orientation virtually the week of July 12th. Sales training will reach out directly.

**Performance and Compensation Reviews:** Annually beginning January 2022 with compensation increases effective April 2022.

**Car Allowance:** You will receive a monthly car allowance of $550 under Boston Beer Company's non-taxable program provided your monthly business miles driven meet IRS minimum requirements. In the event that your monthly business miles do not meet IRS minimum requirements, the difference between the mileage driven and the IRS minimum requirements will be taxed. We will also reimburse 80% of your refueling costs.

**City Adjustment:** Because you are required to live in West Chicago for this position, we will be providing you with a city adjustment due to the higher cost of living. The adjustment will show on your paycheck as a separate earnings amount called "City Adjustment." City Adjustment amounts have been determined by job role. Based on your new role, your annual City Adjustment will be $3500. This annualized amount will be paid to you in installments each pay period throughout the year. City Adjustments will not be factored into calculations for annual base salary increases and bonus payouts. If you relocate for a transfer or a promotion and are no longer required to reside in West Chicago, you may no longer be eligible for the adjustment.

**Parking Reimbursement:** We will also reimburse your parking up to $200 per month as long as you are required to live in the designated location discussed in this offer letter, and do not have access to free parking at your residence. This benefit will not be available to you if you are no longer required to reside in the discussed location. In order to be reimbursed, you need to submit substantiation of the cost and submit expenses

through Boston Beer's expense reporting system.

**Paid Time Off:** You will begin accruing paid time off (PTO) on your first day of employment. During the first three years (3) of your employment, you will accrue 17 PTO days per year. Your weekly PTO accrual rate will increase on your anniversary date per the schedule outlined in the attached benefits summary. Accrual amounts will be prorated during your first year of employment, and on anniversary years in which your PTO day accrual rates are increased. PTO includes all vacation, sick, and personal time. If you reside in a state that requires an employer to rollover unused PTO from year-to-year, you may rollover accrued-but-unused PTO in accordance with such law(s).

**Benefits**: You will be eligible to participate in our health and wellness programs upon your first day of employment with us. You will be eligible to participate in our 401(k) plan immediately. Enclosed, you will find more detailed forms along with our New Hire Checklist. If you have specific questions regarding them, please let me know. Please note it is imperative that you provide I-9 documentation on or before your first day so we are able to add you to our payroll system. Failure to do so may delay your first paycheck.

**Employment Agreement:** As a condition of your employment in this position, you are required to sign and return to Boston Beer the attached Employment Agreement prior to your start date and you acknowledge that you have been given ten (10) business days to review this document prior to your start date. The Employment Agreement is incorporated into and is a part of this offer of employment. As additional consideration for your agreeing to and complying with the non-competition provision set forth in Section 4(a) of the Employment Agreement, Boston Beer agrees to pay you 3000 (minus all required tax withholdings) at the time your employment with Boston Beer terminates, if your employment terminates on account of your voluntary resignation, or if Boston Beer terminates your employment with cause (as cause is defined in the Employment Agreement), subject to BBC's election, at the time of termination, to enforce the non-competition covenant. Please review the Employment Agreement carefully. You have the right to consult with an attorney about the Employment Agreement before signing it.

**At Will Employment:** Your employment is, and will at all times remain, at will, meaning that you or the company may terminate your employment at any time, with or without cause, for any reason or for no reason. By accepting our offer of employment, you confirm that you understand you are at will status.

Please indicate your acceptance of this offer by e-signing and accepting the offer via The Boston Beer Company online careers portal. Please note, this offer is contingent upon your signing the Employment Agreement in the form enclosed with this letter. Should you have any questions, please do not hesitate to contact me.

We look forward to working with you!

Cheers!

Alyssa Hollie Axthelm

**I accept the offer of employment, subject to the terms and conditions set forth in this letter.**

*PLEASE NOTE: This offer is contingent upon the successful completion of pre-employment screening.*

         

THE BOSTON BEER COMPANY

Offer Letter Attachments

Welcome Letter from CEO Dave Burwick.pdf    BBC Benefit Guide 2021.pdf    Employment Agreement (Updated 10-1-2018).pdf

\*Response
Accept the offer

\*eSignature
\*\*\*\*\*\*

6/17/21
Hailey Boyd
174.209.36.136

THE BOSTON BEER COMPANY